an action of *slander*, in which a verdict was found for the plaintiff, who wished to have it entered up of record in justification of his character.

*Per curiam.* Whenever the defendant tenders the whole amount of the demand of the plaintiff, with all the costs which have accrued, it would be unjust to oblige the defendant to pay further costs, and for no beneficial or necessary purpose.

SPENCER, J. *dissented.* A tender may be made before the action, or before issue joined, but I know of no rule that obliges the plaintiff to accept a tender after verdict.

Rule granted.

## Burr *against* Reeve.

*Platt* moved to vacate the assessment of damages made by the clerk in this cause, and that the clerk be ordered to assess the same anew, there being an evident mistake in the calculation.

*Per curiam.* The mistake is apparent, and must be corrected.

Rule granted.

*Margin note:* If the clerk make a mistake in the assessment of damages, the court will order him to make another assessment.

## Griswold *against* Lawrence.

*Root*, for the defendants, moved for as judgment, in case of a nonsuit, for not proceeding to trial pursuant to notice.

*Sherwood*, contra, read an affidavit, stating that the defendant agreed with the attorney and counsel of the plaintiff, that the cause should go off without being tried,† and that notice of the agreement was given to the defendant's counsel.

*Per curiam.* This agreement should have been in writing; but we would not grant the rule, if it appeared to us that there had been any intention to impose or mislead the

*Margin note:* An agreement to put off the trial of a cause made between the defendant's and plaintiff's counsel, must be in writing, otherwise, the court will grant a rule for judgment as in case of nonsuit, for not proceeding. † 3 *Caines*, 151. *Brandt* v. *Berrian*

*Margin, top right:* ALBANY, August, 1806.

Burr
v.
Reeve.